UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER PARKER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et. al.,<br><br>Defendants. | CASE NO. CV15-04670 SVW (JEM)<br><br>[PROPOSED] PROTECTIVE ORDER |

The parties having so stipulated, and good cause appearing, the Stipulated Protective Order filed by the parties is hereby granted.

IT IS SO ORDERED:

DATED: 11/2/2015

_____
John E. McDermott
UNITED STATES MAGISTRATE JUDGE

1