FILED
CLERK, U.S. DISTRICT COURT

Jun 10, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Christopher Parker,

PLAINTIFF(S)

v.

City of Los Angeles, et al.

DEFENDANT(S).

CASE NUMBER

2:15-cv-04670-SVW-JEM

**JUDGMENT ON THE VERDICT FOR DEFENDANT(S)**

This action having been tried before the Court sitting with a jury, the Honorable STEPHEN V. WILSON, District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Christopher Parker

take nothing; that the action be dismissed on the merits; and that the defendant(s):

Michael Geitheim

recover of the plaintiff(s) its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: 6/10/16

By Paul M. Cruz    *Paul M. Cruz*
Deputy Clerk

At: Los Angeles, Ca

cc: Counsel of record

CV-44 (11/96)      JUDGMENT ON THE VERDICT FOR DEFENDANT(S)